# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

David L. Yacko,             Chapter    13

    **Debtor 1**

                             Case No.    4:21−bk−01917−MJC

## Order Confirming Amended Chapter 13 Plan

The Amended Chapter 13 Plan was filed on December 15, 2021. The Amended Plan, or summary of the Amended Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Amended Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Amended Chapter 13 Plan is confirmed.

                                                   By the Court,

                                                   Mark J. Conway, United States Bankruptcy Judge

                                                   Dated:   January 25, 2022

orcnfpln(05/18)

**UNITED STATES BANKRUPTCY COURT**
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| David L. Yacko<br>**Debtor 1** | **Chapter** 13<br><br>**Case No.** 4:21-BK-01917-MJC<br><br>**Matter:** Order Confirming Amended Chapter 13 Plan |

### CERTIFICATE OF SERVICE

I hereby certify that on Tuesday, January 25, 2022, I served a true and correct copy of the **Order Confirming Amended Chapter 13 Plan** in this proceeding via electronic means or USPS First Class Mail upon the recipients as listed in the Mailing Matrix.

/s/ Kathryn S. Greene

Kathryn S. Greene, RP®, Pa.C.P.
Paralegal for Paul D. Murphy-Ahles, Esquire

Label Matrix for local noticing
0314-4
Case 4:21-bk-01917-MJC
Middle District of Pennsylvania
Williamsport
Wed Dec 15 15:33:56 EST 2021

Absolute Resolutions Investments
8000 Norman Center Drive, Suite 860
Minneapolis, MN 55437-1178

(p)ABSOLUTE RESOLUTIONS CORPORATION
8000 NORMAN CENTER DRIVE SUITE 350
BLOOMINGTON MN 55437-1118

(p)AMERICREDIT FINANCIAL SERVICES DBA GM FINAN
PO BOX 183853
ARLINGTON TX 76096-3853

AmeriCredit Financial Services, Inc. dba GM
4000 Embarcadero Dr
Arlington, TX 76014-4101

Americredit Financial Services, Inc. Dba GM
P.O. Box 183853
Arlington, TX 76096-3853

Apothaker Scian, PC
520 Fellowship Road, Suite C306
PO Box 5496
Mount Laurel, NJ 08054-5496

(p)CAVALRY PORTFOLIO SERVICES LLC
500 SUMMIT LAKE DR
STE 400
VALHALLA NY 10595-2322

William E. Craig
Morton & Craig LLC
110 Marter Avenue, Suite 301
Moorestown, NJ 08057-3125

Credence Resource Management, LLC
4222 Trinity Mills Road, Suite 260
Dallas, TX 75287-7666

GM Financial
PO Box 183145
Arlington, TX 76096-1145

M&T Bank
Attn: Legal Document Processing
626 Commerce Drive
Amherst, NY 14228-2391

M&T Bank
PO Box 1508
Buffalo, NY 14240-1508

MRS BPO, LLC
1930 Olney Avenue
Cherry Hill, NJ 08003-2016

Midland Credit Management, Inc.
8875 Aero Drive, Suite 200
PO Box 939069
San Diego, CA 92193-9069

Midland Credit Management, Inc.
PO Box 2037
Warren, MI 48090-2037

Paul Donald Murphy-Ahles
Dethlefs Pykosh & Murphy
2132 Market Street
Camp Hill, PA 17011-4706

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

PRA Receivables Management, LLC
d/b/a Portfolio Recovery Associates
PO Box 41067
Norfolk, VA 23541-1067

Pennsylvania Department of Revenue
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA 17128-0946

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Radius Global Solutions, LLC
PO Box 390905
Edina, MN 55439-0905

Rocket Mortgage, LLC f/k/a Quicken Loans, at
635 Woodward Avenue
Detroit MI 48226-3408

Scott & Associates, PC
PO Box 113297
Carrollton, TX 75011-3297

Rebecca Ann Solarz
KML Law Group, P.C.
701 Market St.
Suite 5000
Philadelphia, PA 19106-1541

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101-1722

Verizon
by American InfoSource as agent
PO Box 4457
Houston, TX 77210-4457

Verizon Wireless
PO Box 25505
Lehigh Valley, PA 18002-5505

David L. Yacko
380 Dutchtown Road
Muncy, PA 17756-7939

(p)JACK N ZAHAROPOULOS
ATTN CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE SUITE A
HUMMELSTOWN PA 17036-8625



The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Absolute Resolutions Investments, LLC
c/o Absolute Resolutions Corporation
8000 Norman Center Drive, Suite 350
Bloomington, MN 55437

AmeriCredit Financial Services, Inc.
dba GM Financial
4000 Embarcadero Dr.
Arlington, TX 76014

(d)AmeriCredit Financial Services, Inc.
dba GM Financial
P O Box 183853
Arlington, TX 76096

Cavalry Portfolio Services
PO Box 27288
Tempe, AZ 85285

Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541

Jack N Zaharopoulos (Trustee)
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(d)Americredit Financial Services, Inc. Dba G
P.O Box 183853
Arlington, TX 76096-3853

(u)Rocket Mortgage, LLC f/k/a Quicken Loans,

End of Label Matrix
Mailable recipients    30
Bypassed recipients     2
Total                  32