United States Bankruptcy Court
Middle District of Pennsylvania

In re: Case No. 21-01917-MJC
David L. Yacko Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-4 User: AutoDocke 
Date Rcvd: Sep 23, 2026 Form ID: 3180W Total Noticed: 26

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 25, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | David L. Yacko, 380 Dutchtown Road, Muncy, PA 17756-7939 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PHINAMERI.COM | Sep 23 2026 22:50:00 | AmeriCredit Financial Services, Inc. dba GM Financ, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| cr | + | EDI: PRA.COM | Sep 23 2026 22:50:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | EDI: AIS.COM | Sep 23 2026 22:50:00 | Verizon by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5433390 | | Email/Text: Bankruptcy@absoluteresolutions.com | Sep 23 2026 18:50:00 | Absolute Resolutions Investments, 8000 Norman Center Drive, Suite 860, Minneapolis, MN 55437 |
| 5435786 | | Email/Text: Bankruptcy@absoluteresolutions.com | Sep 23 2026 18:50:00 | Absolute Resolutions Investments, LLC, c/o Absolute Resolutions Corporation, 8000 Norman Center Drive, Suite 350, Bloomington, MN 55437 |
| 5450268 | | EDI: PHINAMERI.COM | Sep 23 2026 22:50:00 | AmeriCredit Financial Services, Inc., dba GM Financial, 4000 Embarcadero Dr., Arlington, TX 76014 |
| 5435473 | | EDI: PHINAMERI.COM | Sep 23 2026 22:50:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 5436883 | + | EDI: PHINAMERI.COM | Sep 23 2026 22:50:00 | Americredit Financial Services, Inc. Dba GM Financ, P.O. Box 183853, Arlington, TX 76096-3853 |
| 5433391 | ^ | MEBN | Sep 23 2026 18:45:12 | Apothaker Scian, PC, 520 Fellowship Road, Suite C306, PO Box 5496, Mount Laurel, NJ 08054-5496 |
| 5433392 | | Email/Text: bankruptcy@cavps.com | Sep 23 2026 18:50:00 | Cavalry Portfolio Services, PO Box 27288, Tempe, AZ 85285 |
| 5433393 | + | Email/Text: bankruptcy@credencerm.com | Sep 23 2026 18:50:00 | Credence Resource Management, LLC, 4222 Trinity Mills Road, Suite 260, Dallas, TX 75287-7666 |
| 5433394 | + | EDI: PHINAMERI.COM | Sep 23 2026 22:50:00 | GM Financial, PO Box 181145, Arlington, TX 76096-1145 |
| 5433395 | + | Email/Text: camanagement@mtb.com | Sep 23 2026 18:50:00 | M&T Bank, Attn: Legal Document Processing, 626 Commerce Drive, Amherst, NY 14228-2391 |
| 5442522 | + | Email/Text: camanagement@mtb.com | Sep 23 2026 18:50:00 | M&T Bank, PO Box 1508, Buffalo, NY 14240-1508 |

| | | | | |
|---|---|---|---|---|
| 5433397 | ^ | MEBN | Sep 23 2026 18:44:54 | MRS BPO, LLC, 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |
| 5433396 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 23 2026 18:50:00 | Midland Credit Management, Inc., 8875 Aero Drive, Suite 200, PO Box 939069, San Diego, CA 92193-9069 |
| 5435404 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 23 2026 18:50:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5444046 | | EDI: PRA.COM | Sep 23 2026 22:50:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5433398 | | EDI: PRA.COM | Sep 23 2026 22:50:00 | PRA Receivables Management, LLC, d/b/a Portfolio Recovery Associates, PO Box 41067, Norfolk, VA 23541-1067 |
| 5433399 | + | Email/Text: ngisupport@radiusgs.com | Sep 23 2026 18:50:00 | Radius Global Solutions, LLC, PO Box 390905, Edina, MN 55439-0905 |
| 5444906 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Sep 23 2026 18:50:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 5433400 | + | Email/Text: courts@scott-pc.com | Sep 23 2026 18:50:00 | Scott & Associates, PC, PO Box 113297, Carrollton, TX 75011-3297 |
| 5433828 | + | EDI: PRA.COM | Sep 23 2026 22:50:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5443456 | | EDI: AIS.COM | Sep 23 2026 22:50:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 5433401 | | EDI: VERIZONCOMB.COM | Sep 23 2026 22:50:00 | Verizon Wireless, PO Box 25505, Lehigh Valley, PA 18002-5505 |

TOTAL: 25

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Americredit Financial Services, Inc. Dba GM Financ, P.O Box 183853, Arlington, TX 76096-3853 |
| 5436884 | *+ | Americredit Financial Services, Inc. Dba GM Financ, P.O. Box 183853, Arlington, TX 76096-3853 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2026 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 23, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Jack N Zaharopoulos | ecf@pamd13trustee.com |
| Matthew K. Fissel | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 1 David L. Yacko pmurphy@dplglaw.com jsmalls@dplglaw.com;rreynolds@dplglaw.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| William E. Craig | on behalf of Creditor AmeriCredit Financial Services Inc. dba GM Financial wcraig@egalawfirm.com, mortoncraigecf@gmail.com |

TOTAL: 5

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | David L. Yacko<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx–xx–6017 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | | |
| Case number: | 4:21–bk–01917–MJC | | |

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

David L. Yacko

**By the court:**

9/23/26

Mark J. Conway, United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;
- ♦ debts for most student loans;
- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;
- some debts which the debtors did not properly list;
- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;
- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;
- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**