## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: David L. Yacko<br>　　　　　　　　　**Debtor(s)** | **BK NO. 21-01917 MJC** |
| | **Chapter 13** |
| **Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc.**<br>　　　　　　　　　**Movant** | **Related to Claim No. 9** |
| vs. | |
| **David L. Yacko**<br>　　　　　　　　　**Debtor(s)** | |
| **Jack N. Zaharopoulos,**<br>　　　　　　　　　**Trustee** | |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Rebecca A. Solarz, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>April 7, 2022</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

<u>Debtor(s)</u>
David L. Yacko
380 Dutchtown Road
Muncy, PA 17756

<u>Attorney for Debtor(s)</u>
Paul Donald Murphy-Ahles, Esq.
4660 Trindle Road (VIA ECF)
Suite 200
Camp Hill, PA 17011

<u>Trustee</u>
Jack N. Zaharopoulos
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Method of Service:  electronic means or first class mail

Dated: <u>April 7, 2022</u>

　　　　　　　　　　　　　　　**/s/Rebecca A. Solarz, Esquire**
　　　　　　　　　　　　　　　Rebecca A. Solarz, Esquire
　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　215-825-6327
　　　　　　　　　　　　　　　rsolarz@kmllawgroup.com