# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: David L. Yacko<br>                    Debtor(s)<br><br>**Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc.**<br>                    Movant<br>       vs.<br><br>**David L. Yacko**<br>                    Debtor(s)<br><br>**Jack N. Zaharopoulos**,<br>                    Trustee | BK NO. 21-01917 MJC<br><br>Chapter 13<br><br>Related to Claim No. 9 |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Michael P. Farrington, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>October 26, 2022</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
David L. Yacko
380 Dutchtown Road
Muncy, PA 17756

Attorney for Debtor(s)
Paul Donald Murphy-Ahles, Esq.
4660 Trindle Road (VIA ECF)
Suite 200
Camp Hill, PA 17011

Trustee
Jack N. Zaharopoulos
8125 Adams Drive, Suite A (VIA ECF)
Hummelstown, PA 17036

Method of Service: electronic means or first class mail

Dated: <u>October 26, 2022</u>

                    **/s/Michael P. Farrington, Esq.**
                    Michael P. Farrington, Esq.
                    Attorney I.D. 329636
                    KML Law Group, P.C.
                    BNY Mellon Independence Center
                    701 Market Street, Suite 5000
                    Philadelphia, PA 19106
                    (215) 825-6488
                    mfarrington@kmllawgroup.com